

# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2024-04525 |
| **Plaintiff**<br>KENWOOD REALTY LLC<br>v.<br>CHANGE HEALTHCARE SOLUTIONS, LLC<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>James Musgrave |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>ROBERTS CARROLL FELDSTEIN &<br>10 WEYBOSSET ST SUITE 800<br>PROVIDENCE RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>424 CHURCH STREET, SUITE 1400<br>NASHVILLE TN  37219 |

**TO THE DEFENDANT, CHANGE HEALTHCARE SOLUTIONS, LLC:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 8/16/2024. | /s/ Stephen Burke<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| Plaintiff<br>KENWOOD REALTY LLC<br>v.<br>CHANGE HEALTHCARE SOLUTIONS, LLC<br>**Defendant** | **Civil Action File Number**<br>PC-2024-04525 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, CHANGE HEALTHCARE SOLUTIONS, LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
- ☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
- ☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
- ☒ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent  c/o N/A C·T Corporation System
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

- ☐ I was unable to make service after the following reasonable attempts: _____

SERVICE DATE: 8 / 20 / 24   2:40 pm    SERVICE FEE $ 45.00
                Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE  _[signature]_

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____    Charles Januitus
Signature                                            Lic 6110

State of _____
County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)

Case Number: PC-2024-04545
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS   Document 1-1   Filed 09/18/24   Page 4 of 16 PageID #: 10

STATE OF RHODE ISLAND            SUPERIOR COURT
PROVIDENCE, SC

KENWOOD REALTY LLC
    Plaintiff(s)

v.                                                 C.A. No.

CHANGE HEALTHCARE SOLUTIONS,
LLC

## COMPLAINT

### PARTIES

1.     Plaintiff, Kenwood Realty, LLC, is a Rhode Island limited liability company with a principal place of business in Cranston, Rhode Island.

2.     Defendant, Change Healthcare Solutions, LLC ("Change"), is a Delaware limited liability company headquartered in Nashville, Tennessee.

### JURISDICTION AND VENUE

3.     Jurisdiction is proper in the Superior Court pursuant to Rhode Island General Laws Section 8-2-14 because the amount in dispute is in excess of Ten Thousand Dollars ($10,000).

4.     Venue is proper in this Court pursuant to Rhode Island General Laws Section 9-4-2 because this matter involves an interest in realty located in Pawtucket, Rhode Island.

### FACTS COMMON TO ALL COUNTS

5.     American Medical Alert Corp. ("AMAC") is a New York corporation headquartered in Long Island City, New York.

Case Number: PC-2024-04545
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS    Document 1-1    Filed 09/18/24    Page 5 of 16 PageID #: 11

6.  Plaintiff and AMAC are parties to a lease dated January 4, 2013 (the "Lease') wherein Plaintiff agreed to lease to AMAC certain premises, as defined in the Lease (the "Premises") at 100 Freight Street in Pawtucket, Rhode Island, including the building, as defined in the Lease ("Building") located thereon.

7.  The Lease refers to and defines AMAC as the Lessee for purposes of the Lease.

8.  The Lease had a term of ten (10) years.

9.  The Lease provides that Lessee "shall keep the Premises including without limitation, the interior of exterior walls and interior walls of the Building and all glass and doors, in good order, condition and repair and in at least as good order, condition and repair as they [were] on the Commencement Date or may be put it during the Term, reasonable use and wear and damage by fire or other casualty only excepted."

10. The Lease further provides that Lessee "shall arrange for and be responsible for all the costs of… security for the Premises… ."

11. The Lease further provides that Lessee shall "maintain, repair and replace all heating, plumbing, electrical, air-conditioning and mechanical systems of the Building, including, without limitation, all utility lines, liebert units emergency generators and sprinkler systems on the Premises, ."

12. The Lease requires Lessee to "at the expiration or sooner termination of the Term, leave the Premises including without limitation, all buildings and improvements, including without limitation, the heating, ventilating, air conditioning, plumbing, sewage, sprinkler, electric and lighting systems therein, in as good, clean and safe repair, order and condition as the same were at the commencement of the Term or may be put in thereafter, all replacements to of

Case Number: PC-2024-04525
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS   Document 1-1   Filed 09/18/24   Page 6 of 16 PageID #: 12

the same kind and quality as what is replaced, subject to the provisions of clause (b) above and provided that Lessee shall not be responsible for reasonable wear and tear... ."

13. The Lessee's obligations to keep the Premises in good order, condition and repair extend to the Building's communication and security systems.

14. The Lease is a valid, binding and fully enforceable contract.

15. HCI Acquisition Corp. ("HCI"), is a New York corporation headquartered in Nashville, Tennessee.

16. HCI was a wholly owned subsidiary of AMAC.

17. In or around September 2019, AMAC entered into a transaction with Change, whereby Change acquired HCI.

18. In a letter agreement dated September 3, 2019, Plaintiff consented to AMAC's assignment of its interest in the Lease to HCI.

19. As a material inducement for Plaintiff to enter into the September 3, 2019 letter agreement assigning the Lease to HCI, Change agreed to guaranty complete and timely performance of the Lease by AMAC or any assignee thereof. This agreement was memorialized in a guaranty dated September 3, 2019 ("Guaranty"), a true and accurate copy of which is attached hereto as **Exhibit A**.

20. The Guaranty is valid, binding and fully enforceable.

21. For purposes of the Guaranty, Change is referred to as "Guarantor".

22. The Guaranty provides in relevant part that Change "unconditionally and irrevocably guarantees the complete and timely performance of each of the obligation of Lessee (and any assignees) under the Lease... ."

Case Number: PC-2024-04525
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS     Document 1-1     Filed 09/18/24     Page 7 of 16 PageID #: 13

23. The Guaranty further provides that it is "an absolute, primary and continuing guaranty of payment and performance and is independent of Lessee's obligations under the Lease. Guarantor… shall be primarily liable, jointly and severally with Lessee".

24. Pursuant to the Guaranty, Change waived any right to require Plaintiff to join AMAC or HCI with Change in any suit arising under the Guaranty.

25. In executing the Guaranty, Change agreed to pay Plaintiff all costs incurred by Plaintiff in enforcing the Guaranty including reasonable attorneys' fee and expenses.

26. During the term of the Lease AMAC and/or HCI failed to arrange for and be responsible for the cost of security for the Premises.

27. During the term of the Lease AMAC and/or HCI failed to keep the Premises and the Building in at least as good order, condition and repair as they were on the commence of the Lease, including without limitation, the Building's communication and security systems.

28. During the term of the Lease AMAC and/or HCI failed to maintain, repair and replace all heating, plumbing, electrical, air conditioning and mechanical systems of the building.

29. At the end of the Lease term, AMAC and/or HCI did not leave the Premises in good, clean and safe repair, order and condition as they were at the commencement of the Lease term or has been put in thereafter.

30. The above-referenced actions and failures to act of AMC and/or HCI constitute breaches of the Lease.

31. Plaintiff has made demand upon Change to satisfy AMAC and HCI's obligations under the Lease as required by the Guaranty.

32. Change has refused to honor its obligations under the Guaranty.

Case Number: CQ-2024-04245
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS    Document 1-1    Filed 09/18/24    Page 8 of 16 PageID #: 14

## COUNT I
### Suit on Guaranty

33. Plaintiff repeats and realleges Paragraphs 1 through 32 of this Complaint as if each were fully set forth herein.

34. AMAC and HCI have breached the Lease.

35. The breaches remain unremedied.

36. Pursuant to the Guaranty, Change is liable to Plaintiff for AMAC and/or HCI's failure to fulfill their obligations under the Lease and the amounts due to Plaintiff as a result of AMAC and/or HCI's breaches of the Lease.

37. Change received a demand for full payment of the amounts due to Plaintiff under the Lease as result of the aforementioned breaches thereof.

38. Change did not pay to Plaintiff the amounts due to Plaintiff pursuant to the Guaranty.

39. Change has failed to fulfill its obligations under the Guaranty.

WHEREFORE, Plaintiff demands a judgment against Change for the amounts due under the Lease and Guaranty in an amount to be proved at trial and such other relief as this Court deems just and proper.

## COUNT II
### Attorneys' Fees under Guaranty

40. Plaintiff repeats and realleges Paragraphs 1 through 39 of this Complaint as if each were fully set forth herein.

41. Pursuant to the Guaranty Change is liable to Plaintiff for all costs incurred by it in enforcing the Guaranty, including reasonable attorneys' fees and expenses.

Case Number: PC-2024-04545
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS   Document 1-1   Filed 09/18/24   Page 9 of 16 PageID #: 15

42. By reason of the foregoing, Plaintiff is entitled to the entry of a monetary judgment in favor of Plaintiff and against Change for, *inter alia*, all costs including all attorneys' fees and expenses, incurred by Plaintiff in prosecuting this action to enforce the Guaranty.

WHEREFORE, Plaintiff demands a judgment against Change for costs incurred in enforcing the Guaranty in an amount to be proved at trial and such other relief as this Court deems just and proper.

Plaintiff demands a trial by jury on all issues triable to a jury and designates James A. Musgrave as trial counsel.

        KENWOOD REALTY LLC
        By Its Attorney(s),

        /s/ James A. Musgrave
        James A. Musgrave (#6640)
        ROBERTS, CARROLL, FELDSTEIN &
        PEIRCE, INC.
        Ten Weybosset Street, 8th Floor
        Providence, RI  02903
        (401) 521-7000   FAX 401-521-1328
        jmusgrave@rcfp.com

August 16, 2024

        JAM:jam
        2378-30
        (4025424_3)

Case Number: PC-2024-1424
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS    Document 1-1    Filed 09/18/24    Page 10 of 16 PageID #: 16

EXHIBIT A

## EXHIBIT D

## FORM OF GUARANTY

As a material inducement to Lessor to enter into that certain Letter Re: HCI Acquisition Corp. Change of Control, Change Healthcare Solutions, LLC ("Guarantor") hereby unconditionally and irrevocably guarantees the complete and timely performance of each obligation of Lessee (and any assignee) under the Lease, dated January 4, 2013 (the "Lease"), between Kenwood Realty, LLC, as Lessor, and American Medical Alert Corp., as Lessee, as assigned to HCI Acquisition Corp., a New York Corporation, pursuant to that certain Separation, Asset Transfer, Contribution and Distribution Agreement dated as of September 1, 2019 by and among American Medical Alert Corp., HCI Acquisition Corp., and the other party thereto and any extensions or renewals of and amendments to the Lease. This Guaranty is an absolute, primary, and continuing guaranty of payment and performance and is independent of Lessee's obligations under the Lease. Guarantor (and if this Guaranty is signed by more than one person or entity, each Guarantor hereunder) shall be primarily liable, jointly and severally, with Lessee and any other guarantor of Lessee's obligations. Guarantor waives any right to require Lessor to (a) join Lessee with Guarantor in any suit arising under this Guaranty, (b) proceed against or exhaust any security given to secure Lessee's obligations under the Lease, or (c) pursue or exhaust any other remedy in Lessor's power.

Until all of Lessee's obligations to Lessor have been discharged in full, Guarantor shall have no right of subrogation against Lessee. Lessor may, without notice or demand and without affecting Guarantor's liability hereunder, from time to time, compromise, extend or otherwise modify any or all of the terms of the Lease, or fail to perfect, or fail to continue the perfection of, any security interests granted under the Lease. Without limiting the generality of the foregoing, if Lessee elects to increase the size of the leased premises, extend the lease term, or otherwise expand Lessee's obligations under the Lease, Lessee's execution of such lease documentation shall constitute Guarantor's consent thereto (and such increased obligations of Lessee under the Lease shall constitute a guaranteed obligation hereunder); Guarantor hereby waives any and all rights to consent thereto. Guarantor waives any right to participate in any security now or hereafter held by Lessor. Guarantor hereby waives all presentments, demands for performance, notices of nonperformance, protests, notices of protest, dishonor and notices of acceptance of this Guaranty, and waives all notices of existence, creation or incurring of new or additional obligations from Lessee to Lessor. Guarantor further waives all defenses afforded guarantors or based on suretyship or impairment of collateral under applicable Law, other than payment and performance in full of Lessee's obligations under the Lease. The liability of Guarantor under this Guaranty will not be affected by: (1) the release or discharge of Lessee from, or impairment, limitation or modification of, Lessee's obligations under the Lease in any bankruptcy, receivership, or other debtor relief proceeding, whether state or federal and whether voluntary or involuntary; (2) the rejection or disaffirmance of the Lease in any such proceeding; or (3) the cessation from any cause whatsoever of the liability of Lessee under the Lease.

Guarantor shall pay to Lessor all costs incurred by Lessor in enforcing this Guaranty (including, without limitation, reasonable attorneys' fees and expenses). The obligations of Lessee under the Lease to execute and deliver estoppel statements, as therein provided, shall be deemed to also require the Guarantor hereunder to do so and provide the same relative to

Case Number: PC-2024-04524
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS     Document 1-1     Filed 09/18/24     Page 11 of 16 PageID #: 17

Guarantor following written request by Lessor in accordance with the terms of the Lease. All notices and other communications given pursuant to, or in connection with, this Guaranty shall be delivered in the same manner required in the Lease. All notices or other communications addressed to Guarantor shall be delivered at the address set forth below. This Guaranty shall be binding upon the heirs, legal representatives, successors and assigns of Guarantor and shall inure to the benefit of Lessor's successors and assigns.

This Guaranty shall be governed by the laws of the state in which the premises covered by the Lease is located.

**[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK.]**

Case Number: PC-2024-04524
Filed in Providence/Bristol County Superior Court
Submitted: 8/16/2024 10:35 AM
Envelope: 4758149
Reviewer: Victoria H

Case 1:24-cv-00367-MSM-PAS   Document 1-1   Filed 09/18/24   Page 12 of 16 PageID #: 18

Executed as of September 3, 2019.

                                               **CHANGE HEALTHCARE SOLUTIONS, LLC**

By: _____
Name: Joseph H. Ashkouti
Title: Authorized Signatory
Address:   3535 Piedmont Road
               Building 1400, Suite 600
               Atlanta, GA 30305
Telephone:   (866) 371-9066

See this notice in Cambodian, Spanish, and Portuguese on the attached pages. **Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas. **Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# NOTICE



## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

**To schedule an interpreter for your day in court, you have the following options:**

1. Call the Office of Court Interpreters at (401) 222-8710, or

2. Send an email message to interpreterfeedback@courts.ri.gov, or

3. Visit the interpreters' office to schedule an interpreter:

> The Office of Court Interpreters
> Licht Judicial Complex
> Fourth Floor, Room 401
> 250 Benefit Street
> Providence, RI 02903

When requesting an interpreter, please provide the following information:

> The name and number of your case
> The language you are requesting
> The date and time of your hearing
> The location of your hearing
> Your name and a telephone number where we can reach you or your lawyer

---

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the Internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

> The Office of Court Interpreters
> Licht Judicial Complex Fourth
> Floor Room 401
> 250 Benefit Street
> Providence, RI 02903

9/15

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.



La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.
Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

**Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:**

1. Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;

2. Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o

3. Presentarse a la Oficina de Intérpretes para solicitar un intérprete:

    **The Office of Court Interpreters**
    **Licht Judicial Complex**
    **Cuarto Piso, Oficina 401 A-B**
    **250 Benefit Street**
    **Providence, RI 02903**

    Al solicitar un intérprete, por favor provea la siguiente información:

- **El nombre y el número de su caso**

- **El idioma que solicita**

- **La fecha y hora de su audiencia**

- **Dónde va a tomar lugar su audiencia**

- **Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.**

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
**Camboyano**: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
**Español**: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
**Português**: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.



# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (*Limited-English Proficient*) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

**Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:**

1. Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou
2. Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou
3. Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

> **Gabinete de Intérpretes Judiciais**
> **Complexo Judicial Licht**
> **Quarto Piso, Sala 401**
> **250 Benefit Street**
> **Providence, RI 02903**

Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:

- **O nome e número do seu processo**
- **O idioma que solicita**
- **A data e hora da sua audiência**
- **O local da sua audiência**
- **O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado**

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet:

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

9/15

មើលសេចក្ដីជូនដំណឹងនេះជាភាសាខ្មែរ អេស្បាញ និងព័រទុយហ្គាល់នៅលើទំព័រដែលបានភ្ជាប់។

សេចក្ដីជូនដំណឹង

លោកអ្នកមានបណ្ដឹងនៅក្នុងប្រព័ន្ធតុលាការរដ្ឋ **Rhode Island**។

លោកអ្នកមានសិទ្ធិស្នើសុំអ្នកបកប្រែដោយឥតគិតថ្លៃសម្រាប់ខ្លួនឯង។



ដីកាប្រតិបត្តិរបស់តុលាការកំពូលនៃ Rhode Island (Rhode Island Supreme Court Executive Order) លេខ 2012-05 បានចែងថានៅពេលបុគ្គលដែលមានចំណេះដឹងផ្នែកភាសាអង់គ្លេសមានកំណត់ (LEP) បង្ហាញខ្លួននៅក្នុងតុលាការ តុលាការនៃ Rhode Island នឹងផ្ដល់អ្នកបកប្រែដែលបានអនុញ្ញាតដោយឥតគិតថ្លៃសម្រាប់ចុងចោទ ដើមចោទ សាក្សី ជនរងគ្រោះ មាតាបិតារបស់អនីតិជន ឬអ្នកណាម្នាក់ដែលពាក់ព័ន្ធយ៉ាងខ្លាំងនៅក្នុងដំណើរការតុលាការ។ សេវាកម្មបកប្រែនេះ ត្រូវបានផ្ដល់ជូនដោយឥតគិតថ្លៃសម្រាប់គូភាគី និងនៅគ្រប់ប្រភេទនៃបណ្ដឹង ទាំងរដ្ឋប្បវេណី និងព្រហ្មទណ្ឌ។ អ្នកបកប្រែក្នុងតុលាការធ្វើការនៅក្នុងគ្រប់តុលាការទាំងអស់របស់ប្រព័ន្ធតុលាការនៃរដ្ឋ Rhode Island។ ដើម្បីគ្រោងពេលវេលាអ្នកបកប្រែសម្រាប់ថ្ងៃចូលសវនាការរបស់លោកអ្នក លោកអ្នកមានជម្រើសដូចខាងក្រោម ៖

1. ទូរស័ព្ទមកកាន់ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ **(401) 222-8710** ឬ
2. ផ្ញើអ៊ីម៉ែលទៅកាន់ **interpreterfeedback@courts.ri.gov** ឬ
3. ទៅកាន់ការិយាល័យអ្នកបកប្រែដើម្បីគ្រោងពេលវេលាអ្នកបកប្រែ ៖

    **The Office of Court Interpreters**
    **Licht Judicial Complex**
    **Fourth Floor, Room 401**
    **250 Benefit Street**
    **Providence, RI 02903**

នៅពេលស្នើសុំអ្នកបកប្រែ សូមផ្ដល់នូវព័ត៌មានដូចខាងក្រោម ៖

- ឈ្មោះ និងលេខបណ្ដឹងរបស់លោកអ្នក
- ភាសាដែលលោកអ្នកស្នើសុំ
- កាលបរិច្ឆេទ និងម៉ោងសវនាការរបស់លោកអ្នក
- ទីតាំងនៃសវនាការរបស់លោកអ្នក
- ឈ្មោះ និងលេខទូរស័ព្ទលោកអ្នកដែលយើងខ្ញុំអាចទំនាក់ទំនងលោកអ្នក ឬមេធាវីលោកអ្នកបាន

---

សម្រាប់ព័ត៌មានបន្ថែមជាភាសាព័រទុយហ្គាល់ រុស្ស៊ី និងអេស្បាញ រួមទាំងបញ្ជីទម្រង់បែបបទតុលាការដែលមានជាភាសាអេស្បាញនោះ សូមចូល ទៅកាន់គេហទំព័ររបស់យើងខ្ញុំនៅលើអ៊ិនធឺណិត ៖

https://www.courts.ri.gov/Interpreters/englishversion/Pages/default.aspx.

ដើម្បីស្នើសុំការបកប្រែសេចក្ដីជូនដំណឹងនេះជាភាសាណាមួយផ្សេងទៀត សូមទូរស័ព្ទមកការិយាល័យអ្នកបកប្រែប្រចាំតុលាការតាមរយៈលេខ **(401) 222-8710**។ វាជាការចាំបាច់ដែលត្រូវមានអ្នកនិយាយភាសាអង់គ្លេសជាមួយលោកអ្នកនៅពេលដែលលោកអ្នកទូរស័ព្ទចូល។

តុលាការ Rhode Island ប្ដេជ្ញាធ្វើឲ្យតុលាការអាចប្រើប្រាស់បានសម្រាប់មនុស្សគ្រប់គ្នា។

ការិយាល័យអ្នកបកប្រែប្រចាំតុលាការ
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903